IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| WOODARD INVESTMENTS, INC., an Oregon corporation, and KEITH WOODARD, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Case No. 08-1149-KI |
| vs. | ) ) | ORDER |
| NATIONAL VENDING SYSTEMS, INC., a California corporation, MAD DOG ENERGY PRODUCTS, INC., a California corporation, RICHARD BLACK, an individual, GARY LUCKNER, an individual, MICHAEL STEIN, an individual, MEL HENDRIX, an individual, and RICHARD ALLEN, an individual, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

David C. Rocker
P. Andrew McStay, Jr.
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300
Portland, Oregon  97201

Attorneys for Plaintiffs

Page 1 - ORDER

Michael H. Simon
Cody M. Weston
Perkins Coie LLP
1120 NW Couch, 10th Floor
Portland, Oregon  97209

    Attorneys for Defendants

KING, Judge:

The parties have reached an agreement to transfer this action to the U.S. District Court for the Central District of California.

28 U.S.C. § 1404(a) provides:

> For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

The purpose of § 1404(a) is to prevent waste of time, energy and money and to protect litigants, witnesses and the public against unnecessary inconvenience and expense. <u>Van Dusen v. Barrack</u>, 376 U.S. 612 (1964).

I find it is in the interest of justice to transfer this action pursuant to the parties' stipulation.  As a result of the parties' stipulation, Defendants' Motion to Dismiss or, in the Alternative, to Transfer for Improper Venue (#3) is denied as moot.

IT IS SO ORDERED.

Dated this _____5th_____ day of December, 2008.

                                                /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge