Jeffrey W. Shields, Bar No. 109920
Rick A. Varner, Bar No. 160403
Michael W. Buhrley, Bar No. 255203
SHIELDS LAW OFFICES
1920 Main Street, Suite 1080
Irvine, California 92614
(949) 724-7900; Fax (949) 724-7905
E-mail: jeff@shieldslawoffices.com

Attorneys For Defendants
National Vending Systems, Inc., Mad Dog Energy
Products, Inc., Richard Black, Gary Luckner,
Michael Stein And Mel Hendrix

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE COURTHOUSE

| | |
|---|---|
| WOODARD INVESTMENTS, INC. an Oregon corporation, and KEITH WOODARD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL VENDING SYSTEMS, INC., a California corporation; MAD DOG ENERGY PRODUCTS, INC., a California corporation; RICHARD BLACK, an individual; GARY LUCKNER, an individual; MICHAEL STEIN, an individual; MEL HENDRIX, an individual; and RICHARD ALLEN, an individual,<br><br>Defendants. | Case No. EDCV 08-01805 SGL (MANx)<br><br>SUPPLEMENTAL DECLARATION OF RICHARD ALLEN BLACK IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE RIGHT TO ATTACH ORDERS, QUASH WRITS OF ATTACHMENT AND RELEASE PROPERTY LEVIED UPON<br><br>[Reply To Opposition To Motion To Set Aside Right To Attach Order, Etc. Filed Concurrently Herewith]<br><br>Date:    August 18, 2009<br>Time:    10:00 a.m.<br>Courtroom: 580<br>          Roybal Federal Bldg.<br>          255 E. Temple St.<br>          Los Angeles, CA 90012 |

I, RICHARD ALLEN BLACK, declare as follows:

1.   I am a party to this action. I have personal,

19225

firsthand knowledge of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify thereto.

2. I make this Supplemental Declaration in support of the "Reply" of defendants MAD DOG ENERGY PRODUCTS, INC. ("Mad Dog") and NATIONAL VENDING SYSTEMS, INC. ("NVS") [collectively, "Defendants"] to the "Opposition" (the "Opposition") of plaintiffs WOODARD INVESTMENTS, INC. ("Woodard Investments") and KEITH WOODARD ("Mr. Woodard") [collectively, "Plaintiffs"] to Defendants' "Motion To Set Aside Right To Attach Orders, Quash Writs Of Attachment And Release Property Levied Upon" (the "Motion").

3. I have reviewed Plaintiffs' Opposition papers, including without limitation, the Supplemental Declaration of Keith Woodard ("Supp. Woodard Dec."), Supplemental Declaration of Jason Kensey ("Supp. Kensey Dec."), Declaration of Sherri Biethman ("Biethman Dec."), Declaration of James Koepsell ("Koepsell Dec."), Declaration of Jim Rogers ("Rogers Dec.") and the Declaration of Dan Vitt, with its accompanying Exhibit "12" (the "Vitt Dec.") [collectively, the "Declarations"]. While I believe that there are a number of misstatements in such Declarations, rather than get into a never-ending "tit for tat" exchange with Mr. Woodard, I stand by my previous Declaration herein which is supported by the documents previously introduced herein by Defendants. Accordingly, I will address only a few of the misleading or incorrect statements made in Plaintiffs' Opposition and latest Declarations.

/ /

/ /

## PLAINTIFFS' REJECTION OF PLANS SET FORTH IN MARKETING MATERIALS AND NEGOTIATION OF MASTER DISTRIBUTOR RIGHTS

4. The "Marketing Materials", attached as Exhibit "1" to Plaintiffs' Attachment papers, including the "Energy Center Price Sheet" and sample "Purchase Agreement" do not refer to, or include, any "Master Distributor" rights to any exclusive territories. Mr. Woodard rejected the plans set forth on the "Energy Center Price Sheet". He informed me that he did not want to just purchase machines, but that he wanted to be a "Master Distributor" to supply product to sub-distributors who owned their own machines. This was something new and additional, and was not offered in the plans set forth in the "Energy Center Price Sheet". He explained that he had prior experience as a master distributor with his juice bars.

5. Mr. Woodard then negotiated a deal with NVS to become the "Master Distributor" in the Oregon territory and entered into the First Purchase Agreement for a total purchase price of $100,080. Part of that deal was that he could buy the product at the reduced rate of 12 cents per candy and sell them to sub-distributors for 15 cents each, making an additional 3 cent per candy profit as the Master Distributor. The contract also included very express clauses stating that there were <u>no</u> earnings estimates or guarantees and <u>no</u> buy-back protections. [*See*, Defendants' Exh. "1".]

6. Mr. Woodard then negotiated a deal to become the Master Distributor in the Washington area and entered into the Second Purchase Agreement for a total purchase price of $150,000. It contained similar provisions. [*See*, Defendants' Exh. "4".]

7. In December 2007, Plaintiffs negotiated their <u>third</u> master distributor contract with Defendants and entered into the Master Distributor Agreement upon which Plaintiffs base their Attachment. [*See*, Defendants' Exh. "7".]

<u>BIETHMAN DECLARATION AND AMERICAN VENDING SYSTEMS</u>

8. With respect to the Biethman Dec., Mrs. Biethman states that she purchased vending machines from American Vending Systems ("AVS"), but then incorrectly states that I am a principal of AVS. This is not true. I am not, and never have been, a principal, owner, officer, director, or operator of AVS. Neither of Defendants has ever been an owner, principal or operator of AVS. According to my understanding in the industry, AVS has been in the business of selling snack and beverage vending machines since the 1980's. It is owned and operated by Louis Gubitosa. Defendants supplied product to certain customers of AVS to stock certain of the vending machines such customers purchased from AVS. I have at various times acted as an independent consultant to AVS, but never a principal.

9. Mrs. Biethman, as a vending machine owner and customer of AVS, and I, as a principal of Mad Dog, had discussions regarding her purchasing product to stock her AVS machines. We also discussed the possibility of her purchasing the Master Distributor rights to certain territories. She was interested in Idaho, but I told her that the Master Distributor rights to that territory were already owned by Plaintiffs.

10. In or about March 2008, Mrs. Biethman and her husband determined to purchase the Master Distributor rights to Montana, Wyoming and Texas, with rights of first refusal to Arizona

4

1  and Colorado, for a total initial payment amount of $175,000.  In
2  this regard, they sent Mad Dog a deposit check in the amount of
3  $2,500 which included their notation "For Master Distributor TX,
4  WY, MT".  A true and correct copy of this check is attached as
5  Exhibit "19" hereto and is incorporated herein by this reference.
6  Ultimately, Mrs. Biethman determined not to acquire the Master
7  Distributor rights to Texas, Wyoming and Montana, and Mad Dog
8  returned to her the full amount of her check.

KOEPSELL, ROGERS AND VITT DECLARATIONS<br>AND INDEPENDENT VENDING CONCEPTS

11       11.   I am not, and never have been, a principal, owner,
12  officer, director, or operator of Independent Vending Concepts,
13  L.C. ("IVC").  Neither of Defendants has ever been an owner,
14  principal or operator of IVC.  According to my understanding in the
15  industry, IVC sells vending machines and Defendants have sold
16  product to its customers to stock certain of those vending
17  machines.  The Koepsell Dec., Rogers Dec. and Vitt Dec. all state
18  that they purchased their machines from IVC.  Mad Dog was only a
19  supplier of the product to these individuals.

20       12.   With respect to the Rogers Dec., I did not make the
21  representations to him regarding the amount of money I was making
22  or regarding my children being able to purchase new cars inasmuch
23  as they are not even old enough to drive.  Mr. Rogers states that
24  his business only lasted a few months before it was forced to close
25  supposedly due to poor sales.  However, Mad Dog's records indicate
26  that Mr. Rogers purchased product in January 2008, twice in April
27  2008, and then again in September 2008 – nine months after his
28  first purchase.  True and correct copies of correspondence, a check

1  and invoices evidencing such purchases are collectively attached as
2  Exhibit "20" hereto and are incorporated herein by this reference.
3         13.  With respect to the Vitt Dec., the documents
4  attached as Exhibit "12" state that they are from IVC, Kyle
5  Erickson of EnergyVendingBusiness.com, and "Spike! Energy Systems".
6  They were not provided to Mr. Vitt by Mad Dog or NVS.
7         I declare under penalty of perjury under the laws of the
8  State of California that the foregoing is true and correct.
9         Executed on August __, 2009, at Temecula, California.

11         _____
            RICHARD ALLEN BLACK

and invoices evidencing such purchases are collectively attached as Exhibit "20" hereto and are incorporated herein by this reference.

13. With respect to the Vitt Dec., the documents attached as Exhibit "12" state that they are from IVC, Kyle Erickson of EnergyVendingBusiness.com, and "Spike! Energy Systems". They were not provided to Mr. Vitt by Mad Dog or NVS.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2009, at Temecula, California.

_____
RICHARD ALLEN BLACK

# EXHIBIT 19

JARED E. BIETHMAN
SHERRI P. BIETHMAN
PH. (208)938-3164
573 W BANKSIDE DR
EAGLE, ID 83616

1960

BB-9290/3119
02

Date 2/19/08

Pay to the Order of  MAD DOG ENERGY PRODUCTS    $ 2500⁰⁰

Two Thousand Five hundred and 00/100 ———— Dollars

AA Credit Union
DALLAS/FORT WORTH, TX

For  AMSTA DISPR MGMT & R
    TX M/L MT

# EXHIBIT 20

Jim Rogers<br>
312 S. Wall St.<br>
Mountain Grove, MO  65711

01/03/08

Mad Dog Energy
28581 Front St.
Temeculah, CA  92590

Unit 107

Dear Sirs,

As per our phone conversation of Jan. 2, 2008, enclosed please find check in the amount of $2345.00 for my first purchase of Buzz Bite energy chews.  This amount reflects a $15.00 deduction for the cost of FedEx overnight.  I was told by Richard that this would be covered by Mad Dog energy, hence the deduction from the original amount of $2360.00 for the product.

Please ship ASAP to the above address in Mountain Grove, MO.

If you have any questions, please call me at (417) 349-0171.  I hope to be doing much business with you in the near future.

Regards,


Jim Rogers



16 cases

# Invoice

**Mad Dog Energy Products, Inc.**
41800 Enterprise Circle So., #F
Temecula, CA 92590

| Date | Invoice # |
|---|---|
| 4/25/2008 | 406 |

**PAID**

| Bill To | Ship To |
|---|---|
| James & Della Rogers<br>312 S. Wall Street<br>Mountain Grove, MO 65711 | James & Della Rogers<br>312 S. Wall Street<br>Mountain Grove, MO 65711<br>(417) 349-0171 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/30/2008 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | Chocolate Buzz Bites | Product for Machines<br>Out-of-state sale, exempt from sales tax | 236.00<br>0.00% | 944.00<br>0.00 |

421980960004867

**Total** $944.00

# Invoice

**Mad Dog Energy Products, Inc.**
41800 Enterprise Circle So., #F
Temecula, CA 92590

| Date | Invoice # |
|---|---|
| 4/28/2008 | 410 |

**PAID**

| Bill To | Ship To |
|---|---|
| James & Della Rogers<br>312 S. Wall Street<br>Mountain Grove, MO 65711 | James & Della Rogers<br>312 S. Wall Street<br>Mountain Grove, MO 65711<br>(417) 349-0171 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/30/2008 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | Chocolate Mint Bu... | Product for Machines<br>Out-of-state sale, exempt from sales tax | 236.00<br>0.00% | 944.00<br>0.00 |

621980960004898-cm
4867

**Total** $944.00

Mad Dog Energy Products, Inc.

# Invoice

41800 Enterprise Circle So., #F
Temecula, CA 92590

| Date | Invoice # |
|---|---|
| 9/17/2008 | 1081 |

**PAID**

| Bill To | Ship To |
|---|---|
| James & Della Rogers<br>1435 South Rogers Avenue<br>Springfield, MO 65804 | James & Della Rogers<br>1435 South Rogers Avenue<br>Springfield, MO 65804<br>(417) 349-0171 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 9-22-08 ~~9/17/2008~~ | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Chocolate Mint Bu... | Product for Machines<br>Out-of-state sale, exempt from sales tax | 236.00<br>0.00% | 236.00<br>0.00 |

*621980960013036*    *CM - 1 case 20lbs*

| | Total | $236.00 |
|---|---|---|

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF ORANGE     )

I, the undersigned, say: I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1920 Main Street, Suite 1080, Irvine, California 92614.

I served the foregoing documents described as:

**SUPPLEMENTAL DECLARATION OF RICHARD ALLEN BLACK IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE RIGHT TO ATTACH ORDERS, QUASH WRITS OF ATTACHMENT AND RELEASE PROPERTY LEVIED UPON**

on the interested parties in this action in the following manners:

**VIA ELECTRONIC ACCESS:**
I hereby certify that on **August 11, 2009**, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on the following:

Jennifer L. Brockett
Davis Wright Tremaine LLP
jenniferbrockett@dwt.com

David C. Rocker
Davis Wright Tremaine LLP
davidrocker@dwt.com

**VIA OVERNIGHT EXPRESS MAIL**
I deposited such envelope into the Overnight Express Mail at Irvine, California.

Jennifer L. Brockett
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

David C. Rocker
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, OR 97201

Executed on **August 11, 2009** at Irvine, California.

RICK A. VARNER

18385