UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| WOODARD INVESTMENTS, INC., an Oregon corporation, and KEITH WOODARD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL VENDING SYSTEMS, INC., a California corporation; MAD DOG ENERGY PRODUCTS, INC., a California corporation; RICHARD BLACK, an individual; GARY LUCKNER, an individual; MICHAEL STEIN, an individual; MEL HENDRIX, an individual; and RICHARD ALLEN, an individual,<br><br>Defendants. | Case No. ED CV 08-01805-JZ (MANx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, based on the evidence submitted to this Court, including the Declarations submitted by the Parties with respect to the amount owed by Defendants under the terms of their written Settlement Agreement, judgment shall be entered in favor of Plaintiff

Woodard Investments, Inc. and Keith Woodard, collectively ("Woodard") and jointly and severally against Defendants National Vending Systems, Inc. ("NVS"), Mad Dog Energy Products, Inc. ("Mad Dog"), Richard Black ("Black"), and Gary Luckner ("Luckner") [collectively, the "Judgment Defendants"] in the above-captioned matter, *Woodard Investments, Inc. v. National Vending Systems, Inc., et al,*. Case No. ED CV 08-01805-SGL (MANx).

Judgment shall be entered against each of the Judgment Defendants as follows:

1. In the amount of $1,152,000 (One Million One Hundred Fifty-Two Thousand Dollars), less $ _0_ previously paid by Defendants pursuant to the terms of the Settlement Agreement; plus

2. Interest on the amount of the judgment set forth in Item 1, above, at the statutory rate from the date of entry of this judgment until paid.

IT IS SO ORDERED.

Dated: March 19, 2010    s/ Jack Zouhary
                         United States District Court Judge

APPROVED AS TO FORM:

Dated: January 23, 2010    DAVIS WRIGHT TREMAINE LLP
                           JENNIFER L. BROCKETT
                           DAVID C. ROCKER
                           KAREN A. HENRY

                           By: _____
                                Jennifer L. Brockett

                           Attorneys for Plaintiffs
                           WOODARD INVESTMENTS, INC. and
                           KEITH WOODARD

Dated: December ~~December~~ Jan. 18, 2010, 2009

SHIELDS LAW OFFICES
JEFFREY W. SHIELDS
RICK A. VARNER

By: _____
       Jeffrey W. Shields

Attorneys for Defendants
NATIONAL VENDING SYSTEMS, INC.,
MAD DOG ENERGY PRODUCTS, INC.,
RICHARD BLACK and GARY LUCKNER

Submitted on 3/17, 2009, by:

DAVIS WRIGHT TREMAINE LLP
JENNIFER L. BROCKETT
DAVID C. ROCKER
KAREN A. HENRY

By: _____
       Jennifer L. Brockett

Attorneys for Plaintiffs
WOODARD INVESTMENTS, INC.
and KEITH WOODARD